1  Krsto Mijanovic (Bar No. 205060)
     *kmijanovic@hbblaw.com*
2  Stephen J. Squillario (Bar No. 257781)
     *ssquillario@hbblaw.com*
3  HAIGHT BROWN & BONESTEEL LLP
   Three Embarcadero Center, Suite 200
4  San Francisco, California 94111
   Telephone:  415.546.7500
5  Facsimile:   415.546.7505

6  Steven A. Scordalakis (Bar No. 293212)
     *sscordalakis@hbblaw.com*
7  HAIGHT BROWN & BONESTEEL LLP
   2485 Natomas Park Drive, Suite 450
8  Sacramento, California 95833
   Telephone:  916.702.3200
9  Facsimile:   916.702.3230

10 Attorneys for Defendants
   BROAN-NUTONE LLC and HOME DEPOT
11 U.S.A, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIRE INSURANCE EXCHANGE,<br><br>          Plaintiff,<br><br>     v.<br><br>BROAN-NUTONE LLC, HOME DEPOT U.S.A., INC., and DOES One Through Twenty, Inclusive,,<br><br>          Defendants. | Case No. 2:16-CV-02613-WBS-CKD<br><br>**PARTIES' STIPULATED JOINT REQUEST RE:  MODIFYING THE PRE-TRIAL SCHEDULING ORDER & ORDER THEREON**<br><br>The Hon. William B. Shubb<br><br>Magistrate Judge Carolyn K. Delaney |

**TO THE HONORABLE COURT**, because the parties believe, in good faith, that modification to the Pre-Trial Scheduling Order (ECF No. 8) is necessary to avoid prejudice and to promote the ends of justice, this Joint Stipulation and *ex parte* request to modify the Pre-Trial Scheduling Order, pursuant to Federal Rule of Civil Procedure 16(b)(4), is made by and between Plaintiff Fire Insurance Exchange ("Plaintiff") and Defendants Broan-Nutone LLC, and Home Depot U.S.A., Inc. (collectively "Defendants") (together, Plaintiff and Defendants are sometimes referred to as the "Parties"), by and through their respective counsel of record, and with reference to the

1 following facts:

2 **WHEREAS**, Plaintiff alleges that on or about October 11, 2013, a fire occurred causing
3 substantial damage to its insureds' home. As a result, Plaintiff allegedly paid $428,542.17 to remedy
4 the damage caused by the fire and now, in subrogation, are seeking recovery of this amount from
5 Defendants on the theory that the fire was caused by the product – *i.e.*, a ceiling fan with a
6 replacement motor installed by Plaintiff's insureds – manufactured and/or sold by Defendants.
7 Plaintiff initially filed its Complaint in the Superior Court of California, County of Solano.

8 **WHEREAS**, on or about November 2, 2016, Defendants removed this matter to this Court
9 based on diversity of citizenship.

10 **WHEREAS**, on or about March 8, 2017, this Court issued its Pre-Trial Scheduling Order
11 (ECF No. 8), setting forth the following deadlines and dates:

12  1. Initial disclosures to be exchanged by April 10, 2017;
13  2. Disclosure of experts and reports by August 10, 2017;
14  3. Disclosure of supplemental experts and reports by September 8, 2017;
15  4. All other discovery shall be completed by January 1, 2018;
16  5. All motions, except motions for continuances, temporary restraining orders, or other
17     emergency applications, shall be filed on or before March 1, 2018;
18  6. Pre-Trial Conference is set for May 7, 2018; and
19  7. Trial is set for July 10, 2018.

20 **WHEREAS**, since this matter was removed to this Court, the Parties have exchanged written
21 discovery and documents and have been engaged in good faith efforts to resolve various discovery
22 disputes in an effort to avoid consuming Court resources and protracted litigation. However, and as a
23 result, the pace of discovery has been relatively slow.

24 **WHEREAS**, on June 1, 2017, the Parties conducted a joint inspection of the subject fan.

25 **WHEREAS**, the Parties anticipate serving additional written discovery, and multiple
26 percipient witness depositions will be necessary and relevant to aid the Parties' respective retained
27 experts in formulating their analysis as to the disputed issues in this matter. Thus far, the following
28 depositions have been noticed: (1) Plaintiff's insureds David Tubb (who installed the replacement

BM07-0000128
12370968.1                                2

1 motor in the subject fan) and Linda Tubb on August 2, 2017; (2) Plaintiff's insureds' daughter Ashley Tubb (who was living at the residence at the time of the fire) on August 7, 2017; (3) Person Most Qualified of the Fairfield Fire Department (which responded to the fire) on August 16, 2017; and (4) Person Most Qualified of DH Construction (which performed the repair work on the insureds' home) on August 17, 2017. Additional depositions, including, but not limited to, Plaintiff's Person Most Qualified and its adjuster who handled the claim, are anticipated.

**THEREFORE**, the Parties, believing in good faith that disclosure of experts and reports, as well as supplemental experts and reports, should be exchanged after the close of discovery on January 1, 2018 to avoid prejudice to the Parties and to further the ends of justice, hereby stipulate, and respectfully request that this Court enter an order so modifying the Scheduling Order (ECF No. 8) as follows:

1. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than February 5, 2018; and

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before February 26, 2018.

Dated: July 28, 2017     HAIGHT BROWN & BONESTEEL LLP

By: _____
Krsto Mijanovic
Stephen J. Squillario
Steven A. Scordalakis
Attorneys for Defendants
BROAN-NUTONE LLC, and
HOME DEPOT U.S.A, INC.

Dated: July 28, 2017     AUDLEY & AUDLEY

By: _____

BM07-0000128
12370968.1                3

_____
Michael R. Audley
Attorney for Plaintiff
FIRE INSURANCE EXCHANGE

## **ORDER**

**COMES NOW,** the Parties' Stipulated Joint Request Re: Modifying The Pre-Trial Scheduling Order came before this Court on July 26, 2017. Having found good cause to modify the Pre-Trial Scheduling Order (ECF No. 8), as set forth in the Parties' stipulation, this Court orders and modifies the Pre-Trial Scheduling Order as follows:

1. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than February 5, 2018; and

2. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before February 26, 2018.

**IT IS SO ORDERED.**

**Dated: August 1, 2017**

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BM07-0000128
12370968.1

4