Krsto Mijanovic (Bar No. 205060)
Stephen J. Squillario (Bar No. 257781)
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, California 94111
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendants
BROAN-NUTONE and
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FIRE INSURANCE COMPANY, | Case No. 2:16 CV-02613 WBS-CKD |
| Plaintiff, | **ORDER FOLLOWING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| BROAN-NUTONE LLC and HOME DEPOT U.S.A., INC., AND DOES ONE THROUGH TWENTY, inclusive | |
| Defendants. | |

Having considered the Joint Stipulation for Dismissal with Prejudice submitted by plaintiff FIRE INSURANCE EXCHANGE and defendants BROAN-NUTONE LLC and HOME DEPOT U.S.A., INC. (collectively, the "Parties"), regarding the Parties having satisfactorily resolved their disputes, the Court Orders as follows:

The complaint in this matter is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own fees and costs.

Dated: May 8, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE